UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY EARL RODGERS, | ) Case No. CV 08-5559-DSF(RC) |
| Petitioner, | ) |
| vs. | ) |
| | ) JUDGMENT |
| M.S. EVANS, WARDEN | ) |
| SALINAS VALLEY STATE PRISON, | ) |
| | ) |
| Respondent. | ) |

Pursuant to the Opinion and Order on a petition for habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: 9/15/08

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

R&R-MDO\08-5559.jud
8/29/08